## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| SHARON NAUGHTON, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. _____ |
| QUYNHANH H.T. PHAM, M.D. AND PHAM GENERAL SURGERY, P.C., | ) ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES SHARON NAUGHTON, Plaintiff in the above-styled action, and files her claim for damages against QUYNHANH H.T. PHAM, M.D. and PHAM GENERAL SURGERY, P.C., Defendants in the above-styled action, and show this Honorable Court the following as her Complaint:

**I.**

**PARTIES, JURISDICTION, AND VENUE**

1.

Plaintiff Sharon Naughton is a citizen of the State of Pennsylvania.

2.

At all times relevant herein, Defendant Quynhanh H.T. Pham, M.D. was a citizen of the State of Georgia and may be served with process at 144 West Cherry Street, Jesup, Georgia 31545.

3.

The Defendant Pham General Surgery, P.C. is a Professional Corporation organized under

1

the laws of the State of Georgia and may be served with by and through its corporate officer, Quynhanh H.T. Pham, M.D. at 144 West Cherry Street, Jesup, Georgia 31545.

4.

This Court has jurisdiction of this civil action pursuant to 28 U.S.C. §1332 because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

5.

This Court has jurisdiction over the Defendants Quynhanh H.T. Pham, M.D. and Pham General Surgery, P.C. because they were citizens of the State of Georgia at all times relevant herein, the tortious act occurred in Georgia resulting in an injury in Georgia, and the exercise of jurisdiction over the Defendants will not offend traditional notions of fair play and substantial justice.

6.

Pursuant to 28 U.S.C. §1391(b) venue is proper in this Judicial District.

## II.

## **FACTS SUPPORTING CAUSES OF ACTION**

7.

On May 9, 2016, Sharon Naughton underwent a colonoscopy procedure performed by Quynhanh H.T. Pham, M.D. at Wayne Memorial Hospital in Jesup, Georgia.

8.

At all times relevant herein, Quynhanh H.T. Pham, M.D. was an employee of Pham General Surgery, P.C., and Pham General Surgery, P.C. is vicariously liable for the acts of its employees, agents and/or representatives including, but not limited to, Defendant Quynhanh H.T. Pham, M.D.

under the Doctrine of Respondent Superior.

9.

The colonoscopy performed on May 9, 2016 on Sharon Naughton was incomplete and Quynhanh H.T. Pham, M.D., Individually and as an employee of Pham General Surgery, P.C. did not fully evaluate Mrs. Naughton's right colon during the colonoscopy procedure.

### III.

### CAUSES OF ACTION

10.

Defendant Quynhanh H.T. Pham, M.D., Individually and as an employee of Pham General Surgery, P.C. had a duty to adhere to the standard of care generally employed by surgeons performing colonoscopy procedures in the United States of America in 2016 under similar conditions and like circumstances by performing another colonoscopy or performing a virtual colonoscopy and/or barium enema to evaluate the right side of Sharon Naughton's right colon following the incomplete colonoscopy performed on May 9, 2016.

11.

Defendant, Quynhanh H.T. Pham, M.D., Individually and as an employee of Pham General Surgery, P.C. breached that duty and violated the standard of care generally employed in the medical profession under similar and like circumstances in her care and treatment of Sharon Naughton by failing to fully evaluate Sharon Naughton's right colon after her May 9, 2016 incomplete colonoscopy by either repeating the colonoscopy or performing a virtual colonoscopy and/or barium enema to evaluate the right side of her colon. (See Affidavit of Jonathan P. Pearl, M.D. attached hereto as Exhibit "A" setting forth at least one negligent act or omission against Defendants

3

Quynhanh H.T. Pham, M.D. and Pham General Surgery, P.C. pursuant to O.C.G.A. § 9-11-9.1 to the extent such is required.)

12.

As a result of this breach and violation of the standard of care by Defendants Quynhanh H.T. Pham, M.D., Individually and as an employee of Pham General Surgery, P.C., and Pham General Surgery, P.C., Plaintiff Sharon Naughton suffered injury in that her cancerous lesion which was present in her right colon on May 9, 2016 was not timely diagnosed or treated when it would have been at a curable stage when Sharon Naughton could have been cured but as a result of the lesion present in Sharon Naughton's right colon not being timely diagnosed or treated, her colon cancer progressed to stage IV metastatic colon cancer and spread to her liver when it was diagnosed on September 21, 2017.

13.

As a result of this breach and violation of the standard of care by Defendants Quynhanh H.T. Pham, M.D., Individually and as an employee of Pham General Surgery, P.C. and Pham General Surgery, P.C., Plaintiff Sharon Naughton has incurred and continues to incur medical expenses.

14.

As a result of this breach of the violation of the standard of care by Defendants Quynhanh H.T. Pham, M.D., Individually and as an employee of Pham General Surgery, P.C. and Pham General Surgery, P.C., Plaintiff Sharon Naughton has suffered and continues to suffered physical and mental pain and suffering.

## IV.

## **DAMAGES**

15.

As a result of the negligent acts and omissions of Defendants Quynhanh H.T. Pham, M.D., Individually and as an employee of Pham General Surgery, P.C. and Pham General Surgery, P.C., Plaintiff Sharon Naughton is entitled to special damages for her past, present, and future medical expenses in an amount to be proven.

16.

As a result of the negligent acts and omissions of Defendants Quynhanh H.T. Pham, M.D., Individually and as an employee of Pham General Surgery, P.C. and Pham General Surgery, P.C., Plaintiff Sharon Naughton is entitled to general damages for her past, present, and future physical and mental pain and suffering in an amount to be determined by a jury.

## V.

## **PRAYER**

WHEREFORE, Plaintiff prays that:

A)   That Summons and Process be issued on this Complaint and served on the Defendants along with a copy of the Complaint;

B)   That the issues herein be tried by a Jury;

C)   That Plaintiff Sharon Naughton have Judgment against Defendants for General Damages and Special Damages as set forth in this Complaint;

D)   That Plaintiff Sharon Naughton have Judgment against Defendants in excess of $75,000.00, exclusive of interest and costs;

E) That all Cost of Court be taxed against Defendants; and

F) Such other and further relief the Court deems just and equitable.

This <u>9th</u> day of April, 2018.

                                                      BERGEN & BERGEN, PC

                                    By:   /S/ Frederick S. Bergen
                                                Frederick S. Bergen
                                                Georgia Bar No. 054160
                                                Attorneys for Plaintiffs

123 East Charlton Street
Savannah, Georgia 31401
fsbbergenlaws@aol.com
(912) 233-6600

6

STATE OF MARYLAND        )
                         )
COUNTY OF BALTIMORE      )

## AFFIDAVIT OF JONATHAN P. PEARL, M.D.

COMES NOW, JONATHAN P. PEARL, M.D., after being duly sworn by the undersigned Notary Public in the jurat hereof, and while under oath deposes and says as follows:

1. My name is Jonathan P. Pearl, M.D. I am over the age of 18 and give this Affidavit of my own personal knowledge and understanding of the matters testified to herein.

2. I am a medical doctor duly licensed to practice medicine in the State of Maryland, and I have been so continuously licensed to practice medicine since 2005 to the present. I am a Diplomat of the American Board of Surgery. I have been actively engaged in and continuously practiced medicine in the specialty of general surgery and performing colonoscopies and cared for such patients following colonoscopies since 2005 to the present which includes three of the five years preceeding May 9, 2016 with sufficient frequency to establish appropriate level of the knowledge of the Standard of Care generally employed in the medical profession under similar and like circumstances for general surgeons practicing in the United States of America for the year 2016 who perform colonoscopies and care for patients following colonoscopies which is the same procedure and care that Sharon Naughton underwent on May 9, 2016 at Wayne Memorial Hospital in Jesup, Georgia by Quynhanh H. T. Pham, M.D. A copy of my curriculum vitae showing my professional and educational qualifications that I make as part of this Affidavit is attached hereto.

3. I have reviewed the following relating to Sharon Naughton's care and treatment:

   1. Medical records of Wayne Memorial Hospital for May 7, 2016 Admission;

1



    2.    Medical records of Wayne Memorial Hospital for August 4, 2016 Admission;

    3.    Medical records of Wayne Memorial Hospital for September 18, 2017 Admission;

    4.    Medical records of Wayne Memorial Hospital for October 11, 2017 Admission;

    5.    Color Copy of the May 9, 2016 Colonoscopy Report; and,

    6.    Pham General Surgery, P.C. medical records for March 22, 2016 through November 17, 2017.

4. Based upon my medical education, training, and experience and review of the medical records identified in Paragraph 3 of this affidavit, it is my professional opinion, within a reasonable degree of medical certainty, that Quynhanh H. T. Pham, M.D., individually and as an employee of Pham General Surgery, P.C. failed to adhere to the standard of care generally employed in the medical profession under similar or like circumstances by general surgeons who perform colonoscopies in the United States for the year 2016 by failing to fully evaluate Ms. Naughton's right colon after her May 9, 2016 incomplete colonoscopy by either repeating the colonoscopy or performing a virtual colonoscopy and/or barium enema to evaluate her right side of her colon. As a result of Dr. Pham, individually and as an employee of Pham General Surgery, P.C. failing to perform any of the aforesaid follow up studies after the May 9, 2016 incomplete colonoscopy performed at Wayne Memorial Hospital, Ms. Naughton's cancerous lesion present in her right colon was not timely diagnosed or treated which resulted in her colon cancer to progress to a Stage IV metastatic colon cancer with spread to her liver.

5. The factual basis for my opinions set forth above in paragraph (4) of this affidavit is derived from the items identified in Paragraph 3 of this affidavit which reflects that Dr. Pham, individually and as an employee of Pham General Surgery, P.C. did not follow up with a repeat colonoscopy or performing a virtual colonoscopy, and/or barium enema to evaluate the right side

of her colon following Ms. Naughton's incomplete May 9, 2016 colonoscopy which would have revealed a cancerous lesion in the right side of her colon at a curable stage. At the time of her diagnosis in September 2017, her cancer had spread to a Stage IV Colon Cancer with distant metastasis. As a result of Dr. Pham, individually and as an employee of Pham General Surgery, P.C. failing to meet the standard of care generally employed in the medical profession under similar or like circumstances in 2016 by not having the aforesaid follow up studies of Ms. Naughton's colon following the May 9, 2016 incomplete colonoscopy, her earlier Stage Colon Cancer was not timely diagnosed nor treated which would have prevented it from advancing to a Stage IV Metastatic Colon Cancer with spread to her liver.

6. This Affidavit is given for the purpose of complying with O.C.G.A. §9-11-9.1 and is not dispositive of my opinions.

_____
JONATHAN P. PEARL, M.D.

Sworn to and subscribed
before me this 4th day
of April, 2018.

_____
Notary Public
My Commission Expires:

MELANIE J. DEMAREST
Notary Public-Maryland
Howard County
My Commission Expires
February 25, 2021

3

# Jonathan Pearl, MD

Associate Professor, Department of Surgery
Section Chief, Advanced GI and Minimally Invasive Surgery
University of Maryland School of Medicine
Deputy Chief, Surgical Services
Chief, General Surgery
Baltimore VA Medical Center

**Date**   March 21, 2018

## Contact Information

| | |
|---|---|
| Business Address: | Department of Surgery |
| | Division of General and Oncologic Surgery |
| | 29 S Greene St, Suite 600 |
| | Baltimore, MD 21212 |
| Business Phone Number: | (410) 328-6187 |
| Fax: | (410) 328-5919 |
| Email: | jpearl@som.umaryland.edu |

## Education

| | |
|---|---|
| 1995 | B.S., Biology, University of Michigan (Magna Cum Laude) |
| 1999 | M.D., Wayne State University School of Medicine |

## Post Graduate Education and Training

| | |
|---|---|
| 1999-2005 | Residency, General Surgery, National Naval Medical Center |
| 2006-2007 | Fellowship, Advanced Laparoscopy and Endoscopy |
| | Case Western Reserve University School of Medicine |

## Certifications

| | |
|---|---|
| 2006 | Diplomat, General Surgery, American Board of Surgery |
| 2013 | Lean Six Sigma, Green and Yellow Belts |
| | Department of Veterans Affairs |
| 2016 | Recertification, General Surgery, American Board of Surgery |

## Medical Licensures

Inactive     Indiana

| | |
|---|---|
| Inactive | Ohio |
| Active | Maryland |

## Military Service

| | |
|---|---|
| 1995-1999 | Ensign, US Navy Reserve, Detroit. |
| 1999-2005 | Lieutenant, US Navy, Bethesda, MD |
| 2005-2006 | Lieutenant Commander, US Navy USS GEORGE WASHINGTON, Norfolk, VA |
| 2006-2008 | Lieutenant Commander, US Navy, Bethesda |
| 2008-2009 | Commander, US Navy Camp al Taqaddum, Iraq |
| 2009-2010 | Commander, US Navy, Bethesda |
| 2010-2011 | Commander, US Navy Camp Arifjan, Kuwait |
| 2011-2012 | Commander, US Navy, Bethesda Honorable Discharge, 2012. |

## Employment History

### Academic Appointments

| | |
|---|---|
| 2004-2005 | Instructor, Surgery, Uniformed Services University |
| 2006-2007 | Instructor, Surgery, Case Western Reserve |
| 2007-2012 | Assistant Professor, Surgery, Uniformed Services University |
| 2012-2016 | Assistant Professor, Surgery, UMSOM |
| 2016-present | Associate Professor, Surgery, UMSOM |

## Profession Society Membership

| | |
|---|---|
| 2004-present | General Member, Society of American Gastrointestinal and Endoscopic Surgeons (SAGES) |
| 2004-2010 | General Member, Washington, DC Chapter American College of Surgeons |
| 2007-present | Fellow, American College of Surgeons |
| 2010-2012 | Board Member, Washington, DC Chapter American College of Surgeons |
| 2012-present | General Member, Association of Academic Surgery |

## Honors and Awards

| | |
|---|---|
| 1995 | Phi Beta Kappa, University of Michigan |
| 2004 | First Prize, Surgical Residents Competitive Forum, Washington, DC Chapter, American College of Surgeons |
| 2005 | Harry Zehner Traveling Fellowship, Washington, DC Chapter, American College of Surgeons |
| 2013 | Surgery Resident Teaching Award, UMSOM |

## Clinical Activities

### Clinical Expertise

Board certified general surgeon
Fellowship-trained in advanced laparoscopy and endoscopy
Clinical expert in complex hernia repair and advanced GI surgery
Research focus on advanced imaging in surgery and simulation education
Process and Quality Improvement expert

### Scope of Clinical Practice

| | |
|---|---|
| 2012-present | Baltimore VAMC<br>~200 cases per year<br>Deputy Chief of Surgical Services<br>Chief of General Surgery<br>87.5% FTE |
| 2012-present | University of Maryland Medical Center<br>~125 cases per year<br>12.5% FTE |
| 2012-present | UMMC, Midtown Campus<br>~125 cases per year |

### Institutional Service

| | |
|---|---|
| 2012-2015 | Medical Director, MASTRI Simulation Center<br>Oversee staff of 3 and budget of $600,000. Provide oversight for over 6000 learners per year in simulation center. |
| 2012-present | Chief, Perioperative Services, Baltimore VAMC |
| 2012-present | Member, Perioperative Executive Committee, Baltimore VAMC |
| 2013-2016 | Chair, Medical Records Committee, Baltimore VAMC |

|  |  |
|---|---|
|  | Oversee process to reduce delinquent record rate from 55% to 13% over 6 months. |
| 2013-present | Chief, General Surgery, Baltimore VAMC |
| 2014-present | Interviewer, UMSOM Admissions Committee |
| 2015-present | Chair, Surgical Process Improvement Sub-Committee Baltimore VAMC |
| 2015-present | Member, Executive Process Improvement Committee Baltimore VAMC |
| 2015-2017 | Co-Chair, UMMC Colon SSI Reduction Task Force |
| 2017-present | Deputy Chief, Surgical Services, Baltimore VAMC |

**National Service**

| | |
|---|---|
| 2007-present | Member, Fundamentals of Endoscopic Surgery Committee, SAGES |
| 2007-2012 | Faculty Member, Basic Laparoscopy Course, SAGES |
| 2008-present | Member, Guidelines Committee, SAGES |
| 2008-present | *Ad hoc* reviewer, *Surgical Endoscopy* 12 manuscripts reviewed per year |
| 2011-present | Faculty Member, Skills Course: Surgical Endoscopy: Advancing MIS and Retooling our Workforce American College of Surgeons Clinical Congress |
| 2013-present | *Ad hoc* reviewer, *Journal of Surgical Research* 10 manuscripts reviewed per year |
| 2013-present | Member, Publications Committee Association of Academic Surgery |
| 2013-2015 | Member, Open to MIS Committee, SAGES |
| 2013-2014 | Faculty Member, CBD Exploration Skills Course, SAGES |
| 2013-present | Course Chair, FES Learning Center, SAGES |
| 2016-present | Member, Acute Care Surgery Task Force, SAGES |
| 2017-present | Leader, Living Guidelines Task Force, SAGES |

**Local Service**

| | |
|---|---|
| 2009-2012 | Chair, Young Surgeons Committee, Washington DC Chapter, American College of Surgeons |
| 2009-2012 | Director, All-City Grand Rounds, Washington DC |
| 2010-2012 | Councilor, Washington DC Chapter, American College of Surgeons |
| 2010-2012 | Course Director, Resident Basic Science Review Course, Washington DC Chapter, American College of Surgeons |

## Teaching Service

### Medical Student Teaching

| | |
|---|---|
| 2012-present | Small group lecture, Hernia, Surgery Clerkship<br>15 3rd year students, 6 contact hours per year |
| 2012-present | Skills session leader, Suturing, Surgery Clerkship<br>8 3rd year students, 48 contact hours per year |
| 2012-present | Faculty, Abdominal Examination,<br>10 2nd year students, 2 contact hours per year |
| 2012-present | Attending Surgeon, VA General Surgery: inpatient service, outpatient clinic, operating room, small group sessions<br>2 3rd year medical students, 200 contact hours per year |
| 2013-present | Faculty, Anatomy for Surgery Course<br>8 4th year students, 4 contact hours per year |
| 2013-present | Faculty, Laparoscopic Skills Session, Surgery Boot Camp,<br>12 4th year medical students, 3 contact hours per year |

### Resident Teaching

| | |
|---|---|
| 2012-present | Attending Surgery, VA General Surgery: inpatient service, colonoscopy clinic, outpatient clinic, teaching sessions<br>2-4 surgery residents, 300 contact hours per year |
| 2012-present | Faculty, Mock Oral Boards<br>2 surgery residents, 6 contact hours per year |
| 2012-present | Basic and clinical science lecture series<br>Hernia and Foregut sessions<br>16 surgery residents, 4 contact hours per year |
| 2014-present | Simulation skills session leader<br>Fundamentals of Laparoscopic Surgery<br>2-4 surgery residents, 50 contact hours/year |

## Grant Support

### Completed Grant

| | |
|---|---|
| 06/01/2014-06/01/2016 | Co-investigator (1%) PI: E Ritter<br>Development of a proficiency based training program for FES<br>SAGES Foundation Grant<br>Total Direct Costs: $30,000 |

04/21/2014-01/21/2015    Principal Investigator (10%)
                         Thermal Endoscope for Laparoscopic Surgery
                         Maryland Innovation Initiative
                         Maryland Technology and Development Corp
                         Total Direct Costs: $100,000

## Publications

### Peer-reviewed journal articles

1. Chao A, **Pearl J**, Perdue PW, Wang D, Bridgeman A, Kennedy SO, Ling G, Rhee P. Utility of routine serial computed tomography for blunt intracranial injury. J Trauma. 2001; 51870-5.
2. **Pearl J**, Ramirez AR, Petruziello M, Perdue PW. Small bowel perforation after a quad cough maneuver. J Trauma. 2001; 51: 162-3.
3. **Pearl JP**, Elster EA, Golocovsky M. Nonfunctional islet cell carcinoma of the pancreas. Am Surg. 2002; 68: 886-8.
4. **Pearl JP**, McNally MP, Perdue PW. Femoral vessel injury in modern warfare since Vietnam. Mil Med. 2003; 168: 733-5.
5. **Pearl JP**, Chao A, Kennedy SO, Rhee P. Penetrating portal vein injury: case series. J Trauma. 2004; 56: 779-82.
6. **Pearl JP**, Parris J, Hale DA, Hoffman SC, Bernstein WB, McCoy KL, Swanson SJ, Mannon RB, Roederer M, Kirk AD. Immunocompetent T-cells with a memory phenotype are the dominant cell type following antibody-mediated T-cell depletion. Am J Transplant. 2005;5(3):465-74.
7. Preston EH, Xu H, Dhanireddy KK, **Pearl JP**, Leopardi FV, Starost MF, Hale DA, Kirk AD. IDEC-131 (anti-CD154), sirolimus and donor-specific transfusion facilitate operational tolerance in non-human primates. Am J Transplant. 2005;5(5):1032-41. *(collected and analyzed data)*
8. **Pearl JP**, McNally MP, Elster EA, DeNobile JW. Benign pneumoperitoneum after colonoscopy: A prospective pilot study. Mil Med. 2006; 171(7): 648-9.
9. Marks JM, Ponsky JL, **Pearl JP**, McGee MF. PEG Rescue—A practical NOTES technique. Surg Endosc 2007. 21(5): 816-9.

*(collected and analyzed data)*

10. **Pearl JP**, Xu H, Leopardi F, Preston E, Kirk AD. CD154 Blockade, Sirolimus, and Donor-Specific Transfusion Prevents Renal Allograft Rejection in Cynomolgus Monkeys Despite Homeostatic T-Cell Activation. Transplantation 2007. 83(9): 1219-1225.
11. Duncan JE, Corwin CH, Sweeney WB, Dunne JR, DeNobile JW, Perdue PW, Galarneau MR, **Pearl JP**. Management of colorectal injuries during Operation Iraqi Freedom: Patterns of stoma usage. J Trauma 2008. 64(4) 1043-7.
12. **Pearl JP,** Marks JM, Hardacre JM, Ponsky JL, Delaney CP, Rosen MJ. Laparoscopic management of complex small bowel obstruction: Is it safe? Surg Innov 2008. 15(2) 110-113.
13. Ponsky LE, Poulose BK, **Pearl J**, Ponsky JL. Natural orifice translumenal endoscopic surgery: reality or myth? J Endourol. 2009; 23(5); 733-5.
14. Crane NJ, McHone B, Hawksworth J, **Pearl JP**, DeNobile J, Tadaki D, Pinto PA, Levin IW, Elster EA.Enhanced surgical imaging: Laparoscopic vessel identification and assessment of tissue oxygenation. J Am Coll Surg. 2008 Jun;206(3):1159-66.
15. Hoffman SC, **Pearl JP**, Blair PJ, Kirk AD. Immune profiling: molecular monitoring in renal transplantation. Front Biosc. 2003; 8: 444-62.
16. **Pearl JP,** Wind GG, Ritter EM. A meandering external iliac artery: Potential doom outside the triangle. J Am Coll Surg 2009. 208(3): 478-9.
17. **Pearl JP,** Rosen MJ. Second-look laparoscopy after laparoscopic relief of strangulated small bowel obstruction. Surg Laparosc Endosc Percutan Tech. 2009 Jun;19(3):241-3.
18. Elster EA, **Pearl JP**, DeNobile JW, Perdue PW, Stojandinovich A, Liston Wa, Dunne JR. Transforming a military treatment facility into a trauma center: Lessons learned from Operation Iraqi Freedom. ePlasty 2009. Jul;24(1): 295-303.
19. Nikfargam M, McGee MF, Trunzo JA, Onders RP, **Pearl JP**, Poulose BK, Chak A, Ponsky JL, Marks JM. Transgastric natural orifice transluminal endoscopic surgery peritoneoscopy in humans: a pilot study in efficacy and gastrotomy site selection by using a hybrid technique. Gastrointest Endoscopy. 2010; 72(2): 279-83. *(collected and analyzed data)*
20. Cox TC, **Pearl JP**, Ritter EM. Rives-stoppa abdominal hernia repair combined with laparoscopic components separation of abdominal wall components: a novel approach to complex abdominal wall closure. Hernia. 2010; 14(6): 561-7. *(performed surgery, analyzed data)*

21. Jin J, Williams CP, Soltanian H, Smith MK, **Pearl J**, Sanabria J, Rosen MJ. Use of abdominal wall allotransplantation as an alternative for the management of end stage abdominal wall failure in a porcine model. J Surg Res. 2010; 162(2): 314-20. *(performed surgery, analyzed data)*
22. **Pearl JP** and Pennypacker JL. Infarction of a lipoma of the lesser omentum; laparoscopic treatment of a rare condition. Laparosc Endosc Percutan Tech. 2011; 21(4): 197-9.
23. **Pearl J**, Price R, Richardson W, Fanelli R. Guidelines for diagnosis, treatment, and use of laparoscopy during pregnancy. Surg Endosc. 2011; 25(11): 3479-92.
24. Lucas DJ, Glaser, JJ, **Pearl JP**. Laparoscopic distal pancreatectomy for retrieval of a proximally migrated pancreatic stent. JSLS. 2012; 16(1):169-72.
25. Ritter EM, Cox TC, Trinca KD, **Pearl JP**. Simulated Colonoscopy Objective Performance Evaluation (SCOPE): a non-computer-based tool for assessment of endoscopic skills. Surg Endosc. 2013 Nov;27(11):4073-80.
26. Trinca KD, Cox TC, **Pearl JP**, Ritter EM. Validity evidence for the Simulated Colonoscopy Objective Performance Evaluation scoring system. Am J Surg. 2014 Feb;207(2):218-25. *(analyzed data, revised manuscript)*
27. Hazey JW, Marks JM, Mellinger JD, Trus TL, Chand B, Delaney CP, Dunkin BJ, Fanelli RD, Fried GM, Martinez JM, **Pearl JP**, Poulose BK, Sillin LF, Vassiliou MC, Melvin WS. Why Fundamentals of Endoscopic Surgery (FES)? Surg Endosc. 2014 Mar;28(3):701-3. *(project conception and design)*
28. **Pearl J**, Fellinger E, Dunkin B, Pauli E, Trus T, Marks J, Fanelli R, Meara M, Stefanidis D, Richardson W. Guidelines for privileging and credentialing physicians in gastrointestinal endoscopy. Surg Endosc. 2016 30 (8): 3184-90.
29. **Pearl JP**, Price RR, Tonkin AE, Richardson WS, Stefanides D. Sages guidelines for the use of laparoscopy during pregnancy. Surg Endosc. 2017. 31 (10): 3783-90.
30. Franklin BR, Placek SB, Gardner AK, Korndorffer JR Jr, Wagner MD, **Pearl JP**, Ritter EM. Preparing for the American Board of Surgery Flexible Endoscopy Curriculum: Development of multi-institutional proficiency-based training standards and pilot testing of a simulation-based mastery learning curriculum for the Endoscopy Training System. Am J Surg. 2017 Sep 20.
31. **Pearl J**, Pauli E, Dunkin B, Stefanidis D. SAGES endoluminal treatments for GERD. Surg Endosc. 2017 Oct;31(10):3783-3790

**Non-peer-reviewed journal articles**

1. **Pearl JP**, Preston E, Kirk AD. Tolerance: is it achievable in pediatric solid organ transplantation? Pediatr Clin N Am. 2003; 50: 1261-81.
2. Ponsky JL, Kalloo AN, **Pearl JP**. How will NOTES influence gastroenterology? AGA Perspectives 2007. 3(2):4-5.

3. **Pearl JP**, Marks JM. The future of teaching surgical endoscopy. Surg Innov. 2006; 13(4): 280-3.
4. **Pearl JP**, Marks JM. Endolumenal therapies for gastroesophageal reflux disease: are they dead? Surg Endosc. 2007; 21(1) 1-4.
5. **Pearl JP**, Ponsky JL. Natural orifice translumenal endoscopic surgery: Past, present, and future. J Min Access Surg 2007; 3: 43-46.
6. **Pearl JP**, Ponsky JL. Natural Orifice Translumenal Endoscopic Surgery: A critical review. J Gastrointest Surg 2007;
7. **Pearl JP**, Marks, JM, Ponsky JL. Hybrid surgery: combined laparoscopy and natural orifice surgery. Gastrointest Endosc Clin N Am. 2008. 18(2): 325-32.
8. **Pearl J**.The power of collaboration between surgery and engineering. J Surg Res. 2015 Jul;197(1):65-6.

## Book Chapters

1. **Pearl J**, Rosen M, Onders RP. Laparoscopic Inguinal Hernia. In Cameron JL (ed) Current Surgical Therapy, 9th edition. Elsevier. Philadelphia, PA. 2007.
2. **Pearl JP** and Marks JM. New technology in endoscopy. In: Soper N, Swanstrom LL, Eubanks WS (eds). Mastery of Laparoscopic and Endoscopic Surgery, 3rd ed . Lippincott Williams and Wilkins. Philadelphia. 2009.
3. **Pearl JP** and Ponsky JL. The dominant role of endoscopy in gastrointestinal surgery. In: Soper N, Swanstrom LL, Eubanks WS (eds). Mastery of Laparoscopic and Endoscopic Surgery, 3rd ed . Lippincott Williams and Wilkins. Philadelphia. 2009.
4. **Pearl JP** and Ponsky JL. Endoscopic treatment for gastroesophageal reflux. In: Zwischenberger JB, Townsend Jr, CM, Evers, BM (eds). Atlas of Thoracic Surgical Techniques. Elsevier. Philadelphia, PA. 2010.
5. Ponsky JL and **Pearl JP**. Upper and lower endoscopy. In: Fischer JE (ed). Mastery of Surgery. Lippincott Williams & Wilkins. Philadelphia, PA. 2012.
6. **Pearl JP** and Ritter EM. Stangulated inguinal hernia. In: Jacob BP and Ramshaw B (eds.), The SAGES Manual of Hernia Repair. Springer. New York, NY. 2013.
7. **Pearl JP**. Esophagus. In: Jarrell BE and Kavic SM. NMS Surgery, 6th ed. Lippincott Williams and Wilkins. Philadelphia. 2015.

## Major Invited Speeches

### Local

1. Pearl, J., Natural Orifice Surgery, DC Chapter ACS, Washington, 2007.
2. Pearl, J., New treatments for GERD, DC Chapter ACS, Washington, 2008.

**National**

3. Pearl, J., Abdominal Wall Reconstruction of Wounded Warriors
   SAGES, San Antonio, 2011.
4. Pearl, J. Acute Care Surgery: Laparoscopy in the Pregnant Patient
   SAGES, Nashville, 2015.

**International**

5. Pearl, J. Natural Orifice Surgery. Emerging Technology Session. International Symposium of Military Surgeons. Hamburg, Germany. 2007.